UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANDRE DAVIS, | ) | 1:03-CV-6484 LJO HC |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER SCHEDULING EVIDENTIARY |
| v. | ) | HEARING |
| | ) | |
| | ) | Date: April 13, 2006 |
| CHARLES T. RANSDELL, Warden, | ) | Time: 9:00 a.m. |
| | ) | Dept: 8 (LJO) |
| Respondent. | ) | |
| | ) | |

    Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner is represented in this action by Michael J. Fitzpatrick, Esq. Respondent is represented in this action by Deputy Attorney General Julie A. Hokans, Esq. The parties having voluntarily consented to exercise of Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c)(1), by order dated April 5, 2004, this case was assigned to the Magistrate Judge for all purposes, including entry of final judgment.

    On February 27, 2006, a telephonic conference was held for the purpose of scheduling an evidentiary hearing in this matter. Mr. Fitzpatrick appeared on behalf of Petitioner, and Ms. Hokans appeared on behalf of Respondent. Mr. Fitzpatrick stated he intended to call four or five witnesses

including Petitioner, and a court order would be necessary to secure Petitioner's appearance as he is incarcerated in Oklahoma. Mr. Fitzpatrick requested that Petitioner be transported to a local facility prior to the hearing to give him an opportunity to meet with Petitioner prior to the hearing. The Court will issue an order directing the Department of Corrections to transport Petitioner and produce him at the hearing in due course. Ms. Hokans stated she intended to call one witness, Petitioner's trial counsel, at the hearing. Ms. Hokans stated trial counsel now resides in Chicago, and she will make arrangements to have him appear either in person or via video teleconference.

Accordingly, on the basis of good cause, the evidentiary hearing is ORDERED set for **April 13, 2006, at 9:00 a.m.** Rule 8(a) of the Rules Governing Section 2254 Cases; Townsend v. Sain, 372 U.S. 293, 313, 318 (1963).

IT IS SO ORDERED.

**Dated:   February 28, 2006**                    /s/ Lawrence J. O'Neill
b9ed48                                                                  UNITED STATES MAGISTRATE JUDGE