# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANDRE DAVIS, | ) | 1:03-CV-6484 LJO HC |
| Petitioner, | ) | |
| v. | ) | ORDER GRANTING RESPONDENT'S REQUEST FOR LEAVE TO TAKE DEPOSITION |
| CHARLES T. RANSDELL, Warden, | ) | [Doc. #21] |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner is represented in this action by Michael J. Fitzpatrick, Esq. Respondent is represented in this action by Deputy Attorney General Julie A. Hokans, Esq.

On March 28, 2006, Respondent filed a request for leave to take the deposition of Gabriel Ayala. The deposition is scheduled for March 30, 2006, at 11:30 a.m., at the Central California Women's Facility. Respondent states that Mr. Ayala has been served with a subpoena and counsel for Petitioner, Mr. Fitzpatrick, has been notified. Good cause having been presented, pursuant to Rule 6(a) of the Rules Governing Section 2254 Cases, Respondent's request is hereby GRANTED.

IT IS SO ORDERED.

**Dated:   March 29, 2006**          /s/ Lawrence J. O'Neill
23ehd0                                                       UNITED STATES MAGISTRATE JUDGE