UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE DAVIS,<br><br>            Petitioner,<br><br>  v.<br><br>CHARLES T. RANSDELL, Warden,<br><br>            Respondent. | 1:03-CV-6484 LJO HC<br><br>ORDER CORRECTING FINAL ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS<br>[Doc. #29] |

       Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

       On April 19, 2006, this Court issued an order granting the petition for writ of habeas corpus. Judgment was entered on the same date. On May 1, 2006, the Court received a letter from Counsel for Respondent which notes a possible error in the order's procedural history. On page 2 of the order, it is stated that Petitioner was convicted in Count Two of "attempted sexual battery" in violation of Cal. Penal Code §§ 664/243.4. Respondent claims Petitioner was in fact convicted in Count Two of forcible oral copulation in violation of Cal. Penal Code § 288a, subd. (c)(2). Respondent traces the error to the unpublished opinion of the California Court of Appeal, Fifth Appellate District. See Exhibit H, Respondent's Answer to the Petition. The verdict form and the abstract of judgment confirm Respondent's position. See Clerk's Transcript at 194, 347.

1    Therefore, IT IS HEREBY ORDERED that the order granting the petition for writ of habeas
2 corpus is corrected to reflect that Petitioner was convicted of forcible oral copulation rather than
3 attempted sexual battery. On page 2, lines 9-10, of the order, the words "attempted sexual battery
4 (Cal. Penal Code §§ 664/243.4)" are hereby replaced with the words "forcible oral copulation (Cal.
5 Penal Code § 288a, subd. (c)(2)."
6 IT IS SO ORDERED.

7 **Dated:    May 3, 2006**                              **/s/ Lawrence J. O'Neill**
   b9ed48                                                UNITED STATES MAGISTRATE JUDGE