Case 1:03-cv-06484-LJO   Document 33   Filed 05/09/2006

1  MICHAEL J. FITZPATRICK
   Attorney at Law, SBN 32136
2  925 North Lake Boulevard, Suite B-203
   Post Office Box 5548
3  Tahoe City, CA 96145
   Telephone: (530) 583-1731
4  Facsimile: (530) 583-1002

5  Attorney for Andre Davis

APR 2 5 2006

FILED
MAY 2 2 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE DAVIS, | 1:03-CV-6484 LJO HC |
| Petitioner | STIPULATION AND ORDER TO AMEND ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS AND ORDER DIRECTING CLERK OF THE COURT TO ENTER JUDGMENT |
| v. | |
| CHARLES T. RANSDEL, WARDEN | |
| Respondent. | |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that the Courts Order Granting Petition For Writ of Habeas Corpus and directing the clerk of the Court to enter Judgment For Petitioner may be amended by interlineation at page 12 line 20 to read:

" to enter judgment for Petitioner. The caption of this case may be amended to read DERRAL ADAMS, who is the current custodian of Petitioner. The State of California is ordered to either retry the Petitioner within 60 days...."

Dated: April 20, 2006

_____
MICHAEL J. FITZPATRICK
Attorney for Petitioner

Stipulation and Order to Amend Order Granting Petition for Writ of Habeas Corpus And
Order Directing Clerk of the Court to Enter Judgment                                    -1-

1  Dated: 4/26/06

MAGGY KRELL
Deputy Attorney General
Attorney for Respondent

## ORDER

Based upon the foregoing stipulation of counsel, IT IS SO ORDERED.

Dated: May 22, 2006

LAWRENCE J. O'NEILL
United States Magistrate Judge

---

Stipulation and Order to Amend Order Granting Petition for Writ of Habeas Corpus And
Order Directing Clerk of the Court to Enter Judgment                                      -2-